```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 16212
   JONATHAN C CERDAN
   NORMA A CERDAN                            CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER
           Debtor
   SSN XXX-XX-0590    SSN XXX-XX-7269

--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/24/2008 and was not confirmed.

     The case was dismissed without confirmation 09/10/2008.
--------------------------------------------------------------------------------
CREDITOR NAME            CLASS             CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------
LASALLE BANK NA          NOTICE ONLY    NOT FILED              .00           .00
COOK COUNTY TREASURER    NOTICE ONLY    NOT FILED              .00           .00
FORD MOTOR CREDIT CORP   SECURED VEHIC   19846.92              .00           .00
IRWIN HOME EQUITY        CURRENT MORTG       .00               .00           .00
IRWIN HOME EQUITY        MORTGAGE ARRE   1057.25               .00           .00
LASALLE BANK             NOTICE ONLY    NOT FILED              .00           .00
LASALLE BANK NATIONAL AS CURRENT MORTG       .00               .00           .00
LASALLE BANK NATIONAL AS MORTGAGE ARRE       .00               .00           .00
LASALLE BANK NATIONAL AS NOTICE ONLY         .00               .00           .00
PATAWATOMIE POINTE CONDO SECURED             .00               .00           .00
TOYOTA MOTOR CREDIT      SECURED VEHIC   29877.49              .00           .00
CAPITAL ONE              UNSECURED      NOT FILED              .00           .00
CAPITAL ONE              UNSECURED      NOT FILED              .00           .00
CAPITAL ONE              NOTICE ONLY    NOT FILED              .00           .00
HSBC                     UNSECURED        588.42               .00           .00
HSBC                     UNSECURED        520.54               .00           .00
GE MONEY BANK            UNSECURED        460.29               .00           .00
T-MOBILE USA             NOTICE ONLY    NOT FILED              .00           .00
T MOBILE                 UNSECURED        392.24               .00           .00
LVNV FUNDING             UNSECURED        786.73               .00           .00
TOYOTA MOTOR CREDIT      UNSECURED         59.48               .00           .00
DENNIS G KNIPP           DEBTOR ATTY    1,000.00                             .00
TOM VAUGHN               TRUSTEE                                             .00
DEBTOR REFUND            REFUND                                              .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 16212 JONATHAN C CERDAN & NORMA A CERDAN
```

```
TRUSTEE COMPENSATION                                                   .00
DEBTOR REFUND                                                          .00
                             ----------------   ----------------
TOTALS                                   .00                .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
    Dated: 12/22/08                _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE


                          PAGE   2
         CASE NO. 08 B 16212 JONATHAN C CERDAN & NORMA A CERDAN